AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
2022 JUN -1 PM 3:45
UNITED STATES MARSHALS
COLUMBIA, SC

RECEIVED
2022 JUN -1 PM 2:51

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
| v. | ) |
| William James Dallis a/k/a Bill Dallis | )  Case No. 4:22 mj 22 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William James Dallis a/k/a Bill Dallis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. § 1956(a)(3) - Laundering of Monetary Instruments

Date: 06/01/2022

*Issuing officer's signature*

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*

City and state:   Florence, SC

### Return

This warrant was received on *(date)* JUN - 1 2022, and the person was arrested on *(date)* 06-06-2022
at *(city and state)* Myrtle Beach, SC

Date: 6-06-2022

Arrested by S/A Quigley, FBI
*Arresting officer's signature*

By: Bonnie Watters, Records Examiner Analyst
*Printed name and title*